Gary E. Jubber, Trustee (1758)
215 South State Street
Twelfth Floor
Salt Lake City, Utah  84151
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re | Bankruptcy No. 05-32939 |
|---|---|
| ROBERT K. BUIE, | Chapter 7 |
| Debtor. | **DEPOSIT OF UNCLAIMED FUNDS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On October 5, 2016, the following check was issued in the following amount:

| Check No. | Creditor/Address | Check Amount |
|---|---|---|
| 11019 | RICHARD PROWS, MANAGER<br>PROWS BECKNELL & ALLES, LLC<br>64 SOUTH BOUNTIFUL BLVD.<br>BOUNTIFUL, UTAH | $19,455.15 |

2. Said check has not been submitted for payment, and more than 90 days have elapsed since issuance of said check.

3. The Trustee has stopped payment on said check.

4. The unclaimed funds are on deposit in RABOBANK, N.A., Account No. 5004464865.



5. The last known name and address of payee, to which the check was sent, is listed above.

6. A check in the amount of $19,455.15 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 9th day of January, 2017.

_____
Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2017, I served the foregoing Deposit of Unclaimed Funds upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

4821-8723-3344, v. 1

2